IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN AND KATHRYN BROWN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 4:16-cv-00755-AGF |
| v. | ) |
| | ) |
| KIA MOTORS AMERICA, INC. a subsidiary of KIA MOTORS CORPORATION, KIA MOTORS MANUFACTURING GEORGIA, INC. and KIA MOTORS CORPORATION | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION TO AMEND SCHEDULING ORDER DEADLINES

COME NOW the parties, by and through their undersigned attorneys, and for their Joint Motion to Amend Scheduling Order Deadlines, state as follows:

1. The Court entered an Amended Scheduling Order in this matter on February 16, 2017 wherein Plaintiffs' expert were to be deposed by November 1, 2017, Defendants' expert disclosures were due December 1, 2017, Defendants' expert depositions were due January 2, 2018, Plaintiffs' rebuttal expert disclosures were due January 16, 2018, and discovery to close on January 31, 2018.

2. Trial is set in this matter for June 11, 2018.

3. Plaintiffs' expert depositions were not able to be completed until November 15, 2017.

4. In light of that, all parties have agreed to a 15 day extension for the remaining expert and discovery deadlines as follows:

    a. Defendants' expert disclosure are due on or before December 16, 2017;

9100368.1

    b.    Defendants' expert deposition(s) are due on or before January 17, 2018;

    c.    Plaintiffs' rebuttal expert disclosure are due on or before January 31, 2018;

    d.    All discovery to be completed on or before February 15, 2018.

5. The parties also agree to add that Plaintiffs' rebuttal experts must be deposed on or before February 15, 2018.

6. This extension will not compromise the current trial setting or effect any of the other deadlines set forth in the current Amended Scheduling Order.

WHEREFORE, the parties respectfully request the Court grant their Motion and extend the expert deadlines as set forth above, and for all such other and further relief as this Court deems proper and just.

                  SANDBERG PHOENIX & von GONTARD P.C.

By: *Brittany Newell*
Kevin P. Krueger, MO Bar No. 33018MO
Brittany Newell, MO Bar No. 65070MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
kkrueger@sandbergphoenix.com
bnewell@sandbergphoenix.com

*Attorneys for Defendants Kia Motors Corporation & Kia Motors Manufacturing Georgia, Inc.*

2

COZEN O'CONNOR

By:    */s/ Marisa L. Saber*
Marisa L. Saber, #60360MO
123 W. Wacker Drive, Suite 1800
Chicago, Illinois 60606
(312) 382-3183 phone
(312) 382-8910 facsimile
msaber@cozen.com
*Attorney for Plaintiffs*

**Certificate of Service**

I hereby certify that on this 20th day of November 2017 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Marisa L. Saber
Cozen O'Connor
123 North Wacker Drive
Suite 1800
Chicago, Illinois 60606
msaber@cozen.com

*Attorneys for Plaintiffs*

3

9100368.1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *STEPHEN AND KATHRYN BROWN,* </br></br> Plaintiffs, </br></br> v. </br></br> *KIA MOTORS AMERICA, INC. a subsidiary of KIA MOTORS CORPORATION,* </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) No. 4:16-cv-00755-AGF </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## ORDER

Pursuant to the parties' Joint Motion to Amend Scheduling Order Deadlines,

**IT IS HEREBY ORDERED** that the following amendments be made. All other portions of the February 16, 2017 Amended Scheduling Order to remain as is:

**I.    SCHEDULING PLAN**

    2.    Disclosure shall proceed in the following manner:

        a.    Plaintiffs' rebuttal experts shall be disclosed no later than **January 31, 2018**, and shall make rebuttal experts available for deposition, and have depositions completed, no later than **February 15, 2018**.

        b.    Defendant shall disclose all expert witnesses and shall provide the summaries and reports required by Rule 26(a)(2)(B) and (C), Fed. R. Civ. P., no later than **December 16, 2017**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **January 17, 2018**.

        ...

        e.    The parties shall complete all discovery in this case no later than **February 15, 2018**.

9100404.1

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this _____ day of _____, 2017.

9100404.1